MICHAEL HICKEY, Respondent, *v.* DAVID D. ACKER et al., Appellants.

(Argued February 27, 1888; decided March 13, 1888.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order dated February 23, 1886, which affirmed a judgment in favor of plaintiff, entered

on a verdict, and affirmed an order denying a motion for a new trial.

*Stephen A. Walker* for appellants.

*Charles J. Patterson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed